# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00218-CV

**Carmen Solis Williams, Appellant**

**v.**

**Larry Dean Edmondson, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-FM-07-001869, HONORABLE JON N. WISSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Carmen Solis Williams's pro se notice of appeal and docketing statement were filed in this Court on April 11, 2008. The appellate record was filed on December 10, making Williams's brief due on January 9, 2009. *See* Tex. R. App. P. 38.6(a). On January 21, we sent Williams notice that her brief was overdue and that her appeal would be subject to dismissal if she did not file a motion for extension of time by February 2. On January 29, our letter was returned to us as "not deliverable." Williams has not contacted this Court since filing her notice of appeal and docketing statement, nor has she provided any updated contact information or informed us that she has retained counsel for the appeal. Appellee's counsel has informed this Court that he does not have any alternative contact information for Williams. Because Williams has not provided this Court with a means to reach her, filed her brief, or contacted this Court since April 2008, we dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Prosecution

Filed:   March 4, 2009